ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG - 8 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SEGUNDO BENJAMIN SALTO,<br>Petitioner. | §<br>§<br>§ |
| v. | § CIVIL ACTION NO. B-08-156 |
| MICHAEL MUKASEY, et al.<br>Respondents | §<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that **Segundo Benjamin Salto's** Petition Under 28 U.S.C. §2241 (Doc. 1) is DISMISSED as MOOT and Respondents' Motion to Dismiss as Moot (Doc. 10) is GRANTED.

DONE at Brownsville, Texas this ___7___ day of ___August___ 2008.

_____
Hilda G. Tagle
United States District Judge